IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-14-195-5 |
| | § | |
| VITUS NWOSU OFOMA, | § | |

## ORDER

Joan Nwuli's motion to withdraw as counsel, (Docket Entry No. 99) is granted. She may withdraw as counsel of record for Vitus Nwosu Ofoma in this action. Bassey O. Akpaffiong is substituted as counsel of record for Vitus Nwosu Ofoma.

SIGNED on October 23, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge